```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG. NO. 2:09-086 EFB |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | COMPLAINT AS TO |
| | ) | AMAR KHAN |
| AMAR KHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing without prejudice the above-captioned complaint filed on March 11, 2009, as to AMAR KHAN only.

DATED: March 11, 2009.

                                                LAWRENCE G. BROWN
                                              Acting United States Attorney

                                          Signature on original
                                 By:_____
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney

```
LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MAG. NO. 2:09-086 EFB |
| Plaintiff, ) | |
| ) | ORDER DISMISSING |
| v. ) | COMPLAINT AS TO |
| ) | AMAR KHAN |
| AMAR KHAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based on the the government's motion to dismiss the complaint against AMAR KHAN

IT IS HEREBY ORDERED that the above-captioned complaint be and hereby is dismissed withour prejudice as to AMAR KHAN only.

DATED: March 11, 2009.

_____
HON. EDMUND F. BENNAN
United States Magistrate Judge