

**FILED**

MAR 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>AMAR KHAN,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　) | Case No. MAG. 09-0086-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release AMAR KHAN, Case No. MAG. 09-0086-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　__X__　Release on Personal Recognizance

　　　　____　Bail Posted in the Sum of: $

　　　　　　　____　Appearance Bond with Surety

　　　　　　　____　Unsecured Appearance Bond (Interim)

　　　　　　　____　(Other) <u>Conditions as stated on the record</u>

　　　　　　　____　(Other)

　　This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

　　Issued at <u>Sacramento, CA</u> on <u>03/11/09</u> at 3:00pm.

　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge